# Exhibit 14

COMMITMENT LETTER   DUPLICATE

| | |
|---|---|
| Date | JUNE 26, 2006 |
| Lender | WELLS FARGO BANK, N.A. |
| Borrower(s) | PHILIP A MCFARLAND |
| Present Address | 65 RARE DOGWOOD LANE<br>HEDGESVILLE, WV  25427 |

The Lender is pleased to inform you that your loan application has been approved, subject to the following terms and conditions.

COMMITMENT TERMS - Based on Lock-In Terms
Commitment Expiration Date: 08/13/06
Property Address: 65 RARE DOGWOOD LANE
                  HEDGESVILLE, WV  25427
Property Type: SFD: SINGLE FAMILY DWELLING   Occupancy: PRIMARY
Loan Number: 0153595319                      Sales Price: N/A

Loan Type:   2/6 ADJUSTABLE ARM              Loan Amount: $181,800
             FIRST MORTGAGE LOAN
Loan Term:   360 MONTHS                      Interest Rate: N/A

Loan Purpose
    CASH OUT REFINANCE
Pricing Program
    CREDIT GRADE Y5
                                        Interest Only (Months): N/A
Amortization Type: Principal and Interest    LTV:  90.00 %
Mortgage Insurance Monthly Premium:    N/A   TLTV: 90.00 %
Mortgage Insurance Initial Premium:    N/A   CLTV: 90.00 %
UNDERWRITING REVIEW FEE:  $695.00
Initial Interest Rate:         7.750%        Loan Origination Fee:  3.000%
Prepayment Penalty(Y/N):  Y ( 2 YEARS)       Cashout: _____
                       (guaranteed)                          (guaranteed)
11th Year Renewal Rate %  N/A
Index:    5.619%                             Loan Discount:         N/A
Margin:   5.375%
Interest Rate Caps:  3.000%           1.000%                    6.000%

   Max. First Adjustment   Max. Periodic Adj. Thereafter   Max. Lifetime Adj.

EU002L Rev. 07/07/05
Page 1

WF/PM 2102

Monthly Principal and Interest Payment (not including monthly accruals for taxes, hazard-insurance or other escrows required by the Lender):
$1,302.44   (This reflects the Initial Principal and Interest Payment).

EU0022 Rev. 08/30/05
Page 2

WF/PM 2103